| CJA 23 (Rev. 11/11) | **FINANCIAL AFFIDAVIT** IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |
|---|---|

**IN THE UNITED STATES** ☑ DISTRICT COURT   ☐ COURT OF APPEALS   ☐ OTHER (Specify below)

IN THE CASE OF: US v. Naveed Arif
FOR:
AT:

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): ~~DOGAR SINGH~~ Naveed Arif

- ☑ Defendant - Adult
- ☐ Defendant - Juvenile
- ☐ Appellant
- ☐ Probation Violator
- ☐ Supervised Release Violator
- ☐ Habeas Petitioner
- ☐ 2255 Petitioner
- ☐ Material Witness
- ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge:
District Court: 20-5016
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☑ Misdemeanor
18:1349F ATTEMPT AND CONSPIRACY TO COMMIT

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
- Are you now employed? ☑ Yes  ☐ No  ☐ Self-Employed
- Name and address of employer: Uber / Lyft / Yellow Cab
- IF YES, how much do you earn per month? $1500. (No business now)
- IF NO, give month and year of last employment? March 2020  How much did you earn per month? $
- If married, is your spouse employed? ☐ Yes  ☑ No
- IF YES, how much does your spouse earn per month? $
- If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No
- RECEIVED: N/A
- SOURCES:

**CASH**
- Do you have any cash on hand or money in savings or checking accounts?  ☐ Yes ☑ No   IF YES, total amount? $

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☑ Yes  ☐ No
- IF YES, give value and description for each: VALUE $360,000  DESCRIPTION: Home

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☑ Married (Single / Widowed / Separated or Divorced)
- Total No. of Dependents: 4
- List persons you actually support and your relationship to them: 3 sons and one daughter ranging in ages from 19 to 7 years old

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Mortgage | $ ~~3200~~ | $ 2200 |
| Utilities | $ ~~670~~ | $ 670 |
| Credit Cards | $ | $ 2000 |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signature] Attorney for Naveed Arif
Date: 7/6/2020